UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Debra Dunbar v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10427-DRH |
| *Kimberly Kowalski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11467-DRH |
| *Devon Kupfner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12677-DRH |
| *Jene Mortensen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10704-DRH |
| *Tammie Person v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12914-DRH |
| *Betty Reynolds v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20416-DRH |
| *Heather Valenzuela v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10435-DRH |
| *Shevawn Feeney v. Bayer Corporation, et al.* | No. 10-cv-20442-DRH |
| *Kelly Frazier v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11482-DRH |
| *LaWanda Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13092-DRH |
| *Melissa Koskovich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11149-DRH |
| *Patricia Lenzini v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13094-DRH |
| *Wanda Lodge v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11788-DRH |

| | |
|---|---|
| *Janet Wiener v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11780-DRH |
| *Dewana Winfree v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10452-DRH |
| *Nicole Shepherd v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13146-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 29, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

                                                BY: /s/*Caitlin Fischer*
                                                     **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.01 15:10:36 -05'00'

APPROVED:
      DISTRICT JUDGE
      U. S. DISTRICT COURT

2